IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| LASHUNA TANNER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 5:17-cv-00001-MTT |
| | ) | |
| v. | ) | |
| | ) | |
| LEXINGTON LAW FIRM and | ) | |
| JOHN DOES 1-10 INCLUSIVE, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION TO DISMISS**

Plaintiff LASHUNA TANNER, and Defendant LEXINGTON LAW FIRM, by counsel, and through their respective signatures below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case, with prejudice, both sides to bear their own fees and costs.

Dated:  September 6, 2018

                                              JOSEPH P. MCCLELLAND, LLC
                                              */s/Joseph P. McClelland*
                                              Joseph P. McClelland, Esq.
                                              Georgia Bar No. 483407
                                              Post Office Box 100
                                              Jackson, Georgia 30233
                                              Telephone: (770) 775-0938
                                              Attorney for Plaintiff

By:/s Keith J. Barnett
Keith J. Barnett
Georgia State Bar No. 142340
TROUTMAN SANDERS LLP
600 Peachtree Street, N.E., Suite 3000
Atlanta, Georgia 30308-2216
Telephone: (404) 885-3423
Facsimile: (404) 885-3900
keith.barnett@troutmansanders.com
Attorney for Defendant